No. 1631, Misc.   Epps v. United States.   C. A. D. C. Cir.   Certiorari denied.   *De Long Harris* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1650, Misc.   Wade v. California.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1666, Misc.   Robinson v. California.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1667, Misc.   Schlette v. California et al.   Sup. Ct. Cal.   Certiorari denied.

No. 1668, Misc.   Esgate v. United States.   Ct. Cl. Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Robert V. Zener* for the United States.

No. 1670, Misc.   Moye v. Sioux City & New Orleans Barge Lines, Inc.   C. A. 5th Cir.   Certiorari denied. *Albert Sidney Johnston, Jr.,* for petitioner.   *George B. Matthews* for respondent.

No. 1683, Misc.   Culver v. Field, Men's Colony Superintendent.   Sup. Ct. Cal.   Certiorari denied.

No. 1686, Misc.   Arcuri et al. v. United States. C. A. 2d Cir.   Certiorari denied.   *Archibald Palmer* for petitioners.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.